518 A.2d 251

**FIRST NATIONAL CONSUMER DISCOUNT COMPANY**

v.

**Clyde F. FETHERMAN a/k/a Clyde Fetherman and Veronica L. Fetherman, Petitioners.**

Supreme Court of Pennsylvania.

Nov. 14, 1986.

Petition for Allowance of Appeal GRANTED, No. 142 E.D. Appeal Docket 1985.